# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | * MJ 18-64-B |
| | * USAO NO. 18R00128 |
| v. | * |
| | * FILED EX PARTE AND UNDER SEAL |
| MACK DOAK and | * |
| JAYCEE DOAK | * |

## UNITED STATES' APPLICATION FOR *EX PARTE* ORDER TO DISCLOSE FEDERAL RETURNS AND RETURN INFORMATION

COMES NOW the United States of America, by and through Richard W. Moore, United States Attorney for the Southern District of Alabama, and Sinan Kalayoglu, Assistant United States Attorney for the Southern District of Alabama, and pursuant to 26 U.S.C. § 6103(i)(1) applies to the Court for an ex parte order directing the Internal Revenue Service (IRS) to disclose to the applicant and others hereinafter named tax returns, return information, and other tax financial information regarding the following individuals:

Name: Mack Junturn Doak
SSN: ▇▇▇▇▇▇
DOB: ▇▇▇▇▇▇

Name: Jaycee Luom Doak
SSN: ▇▇▇▇▇▇
DOB: ▇▇▇▇▇▇

for the taxable periods **2012** through **2017**.

### Facts

The Federal Bureau of Investigation is investigating Mack Doak and his wife, Jaycee Doak, regarding a potential violation of 18 U.S.C. § 2423(a) (transportation of minors with intent to engage in criminal sexual activity) in the Southern District of Alabama. The offense has three elements: (1) the defendant knowingly transported an individual in interstate commerce; (2) the individual was under 18 years of age when the transportation took place; and (3) the defendant

1

intended that the person engage in sexual activity for which any person can be charged with a criminal offense.



2

The police contacted the Department of Human Resources and provided information regarding all individuals residing at ███ ██████████ Monroeville, Alabama 36460. Officials believe that Mack and Jaycee Doak have ten children, six of whom are an adopted family unit. Three of their biological children are adults who live out of state. One biological son is approximately 12 years old and lives in the residence. Other relatives also live at the Monroeville home.

After executing the search warrant at the Doaks' home, the Monroeville Police Department contacted the FBI and requested investigative assistance.

The case agent, FBI SA Eric Lawson, has investigated the Doaks' background and interviewed several witnesses, including the Doaks' relatives. Based on his investigation to date, SA Lawson believes that the Doaks have previously traveled across state lines and moved homes on several occasions within the United States to avoid law enforcement detection of ██████.



### Reasonable cause

There is reasonable cause to believe that the above-described returns and return information would be relevant to matters regarding the aforementioned violation of 18 U.S.C.

3

§ 2423(a) allegedly committed by Mack and Jaycee Doak. The tax information may assist agents in, among other things, learning the Doaks' legal addresses, their sources of income and means of employment, whether taxable income is being reported, fraudulently reported, or not reported, and whether the Doaks have other listed dependents unknown to the government. Such information would be useful in determining, for example, whether the Doaks had legitimate reasons for moving their family across state lines and to the Southern District of Alabama, and whether there are additional witnesses unknown to the government at this time.

The returns and return information are sought exclusively for use in a federal criminal investigation or proceeding concerning such acts. The information sought to be disclosed cannot reasonably be obtained, under the circumstances, from another source.

The United States requests that the Court order the Internal Revenue Service to certify, where returns and return information described above have not been filed or are not on file with the Internal Revenue Service, that no such returns and return information have been filed or are on file.

The United States requests that the Court order the Internal Revenue Service to provide any and all income information and records for the above-mentioned subject, independent of whether or not a return was filed, for each year up to and including income information the Internal Revenue Service has on file for the current year. As such, the United States requests a certification from the Internal Revenue Service of the income information it has for each year regarding the subject, independent from the tax return information.

The United States requests that the Court order the Internal Revenue Service to disclose such returns and return information described above as come into possession of the Internal Revenue Service subsequent to the date of this Order, but for not longer than 90 (ninety) days thereafter.

4

Case 1:18-mj-00094-SE Document 1-1 Filed 04/06/18 Page 5 of 6
Case 1:18-cr-00244-N Document 1 Filed 04/06/18 Page 50 of 66 PageID #: 52
PageID #: 5

The applicant states that he and FBI Special Agent Eric Lawson are personally and directly engaged in investigating this case. The information sought herein is solely for our use for that purpose. No disclosure will be made to any other person except in accordance with the provisions of 26 U.S.C. § 6103 and 26 C.F.R. § 301.6103(i)-(1). Richard W. Moore, United States Attorney for the Southern District of Alabama, authorizes the application.

The applicant states that the subject of this Application is the subject of a pending federal criminal indictment in the Southern District of Alabama. Publication of the Application and Order would compromise that investigation and the failure to seal the Application and Order would result in the public disclosure of confidential information relating to the identified taxpayer.

The applicant requests that this Court enter an order, ex parte and under seal, on this application granting disclosure by the Internal Revenue Service of the returns and return information specified in this application. The applicant requests that this application, and any order resulting therefrom, be sealed pending further order of the Court.

Respectfully submitted,

RICHARD W. MOORE
UNITED STATES ATTORNEY

Sinan Kalayoglu
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845

## AUTHORIZATION FOR EX PARTE APPLICATION

The undersigned, being the United States Attorney for the Southern District of Alabama, pursuant to Title 26, United State Code, Section 6103(i)(1), hereby authorizes the foregoing Application for Ex Parte Order for Disclosure of Tax Returns and Return Information.

Dated: 4-4-18

Richard W. Moore
United States Attorney

6