IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | MAG. NO. 18-00044-B |
| v. | * | |
| | * | FILED **EX PARTE** AND UNDER SEAL |
| MACK DOAK and JAYCEE DOAK | * | |

## UNITED STATES' MOTION TO KEEP CASE SEALED

COMES NOW the United States of America, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and moves the Court to keep the case under seal for an additional 90 days. Portions of the government's investigation are ongoing, additional information in this case is being obtained and the defendants have not been arrested. The United States requests that the case remain sealed to protect the confidentiality of ongoing investigations. Accordingly, the United States submits that the best interests of this case will be served by keeping the case sealed for an additional 90 days.

Respectfully submitted on January 14, 2019.

RICHARD W. MOORE
UNITED STATES ATTORNEY

By: */s/ Sinan Kalayoglu*
Sinan Kalayoglu (kalas9469)
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 441-5845